UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BILL WILLIAMS,
    Plaintiff,

v.      No. 5:17-cv-04910

CITY OF ALLENTOWN;
KEITH MORRIS; ED PAWLOWSKI;
GLEN DORNEY; GAIL STRUSS; and
FIVE JOHN & FIVE JANE DOES,
    Defendants.

**O R D E R**

**AND NOW**, this 3rd day of August, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 6, is **GRANTED**.

2. The Complaint, ECF No. 1, is **DISMISSED without prejudice**.[1]

3. The case is **CLOSED**.

4. Plaintiff may, **within twenty days of the date of this Order**, file an amended complaint consistent with the Opinion. If he timely files an amended complaint, the case will be reopened.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The USERRA retaliation count is dismissed with prejudice, but all other counts are dismissed without prejudice.